AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

FILED
IN CLERKS OFFICE
2026 AUG 19 P 3:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America
v.
YUPENG SUN
*Defendant*

Case No. 26-mj-1394-DLC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* YUPENG SUN ,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

52 U.S.C. § 20511(2)(A) - Fraudulent Voter Registration;
52 U.S.C. § 20511(2)(B) - Fraudulent Voting

Date: 8/18/2026

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

[signature]
*Issuing officer's signature*

City and state: Boston, Massachusetts

Honorable Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/18/2026 , and the person was arrested on *(date)* 8/19/2026
at *(city and state)* Andover, MA .

Date: 8/19/2026

[signature]
*Arresting officer's signature*

Andrew DePatto, HSI SA
*Printed name and title*