UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YUPENG SUN,<br><br>Defendant | Criminal No. 26cr10244<br><br>Violations:<br><br>Count One: Fraudulent Voter Registration; Aiding and Abetting (52 U.S.C. § 20511(2)(A); 18 U.S.C. § 2)<br><br>Count Two: Fraudulent Voting; Aiding and Abetting (52 U.S.C. § 20511(2)(B); 18 U.S.C. § 2) |

# INDICTMENT

## COUNT ONE
Fraudulent Registration; Aiding and Abetting
(52 U.S.C. § 20511(2)(A); 18 U.S.C. § 2)

The Grand Jury charges:

On or about October 10, 2024, in the District of Massachusetts, the defendant,

YUPENG SUN,

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Massachusetts of a fair and impartially conducted election process, by the procurement and submission of a voter registration application that he knew to be materially false, fictious, and fraudulent under the laws of the state in which the election was held, that is, SUN submitted or caused to be submitted a voter registration form in the name of Person 1, which he knew to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Massachusetts, and caused this form to be delivered to the Office of the Secretary of the Commonwealth.

All in violation of Title 52, United States Code, Section 20511(2)(A) and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>
Fraudulent Voting; Aiding and Abetting
(52 U.S.C. § 20511(2)(B); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about October 31, 2024, in the District of Massachusetts, the defendant,

YUPENG SUN,

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Massachusetts of a fair and impartially conducted election process, by the procurement, casting, and tabulation of a ballot that he knew to be materially false, fictious, and fraudulent under the laws of the state in which the election was held, that is, SUN submitted or caused to be submitted a ballot in the name of Person 1, which he knew to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Massachusetts, and caused this ballot to be delivered to the Malden City Clerk's Office.

All in violation of Title 52, United States Code, Section 20511(2)(B) and Title 18, United States Code, Section 2.

A TRUE BILL

[redacted]

FOREPERSON

JAMES J. NAGELBERG
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 3, 2026
Returned into the District Court by the Grand Jurors and filed.

Aaron Hutchins
DEPUTY CLERK