JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts**

**Place of Offense:** Malden **Category No.** II **Investigating Agency** HSI

**City** Malden

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant Yes New Defendant ______

Magistrate Judge Case Number 26-1394-DLC

Search Warrant Case Number 26-1382; 26-1395; 26-1396

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Yupeng Sun Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: Andover, MA

Birth date (Yr only): 1992 SSN (last 4#): 5318 Sex: M Race ______ Nationality: China

**Defense Counsel if known:** Oscar Cruz, Jr. Address: 51 Sleeper Street, 5th Floor

Bar Number: 630813 Boston, MA 02210

**U.S. Attorney Information**

AUSA: James J. Nagelberg Bar Number if applicable: 675656

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Mandarin

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** 8/19/2026

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☑ On Pretrial Release: Ordered by: Magistrate Judge Cabell on 8/19/2026

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 9/3/2026 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): __________

**Name of Defendant** Yupeng Sun

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 52 U.S.C. § 20511(2)(A) | Fraudulent Voter Registration | 1 |
| Set 2 | 52 U.S.C. § 20511(2)(B) | Fraudulent Voting | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**